UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DISTRICT

In re:                                           CASE NO.: 6:20-bk-00610

NASTASSJA LIDDIE          ,

    Debtor

_____ /

NASTASSJA LIDDIE          ,                      ADV. PRO. NO.:

    Plaintiff

v.

AMERICAN EDUCATION SERVICES /
KEYBANK                   ,

    Defendant

_____ /

## VERIFIED COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)(8)

COMES NOW, Nastassja Liddie, Debtor (hereinafter referred to as "Debtor"), by and through her undersigned attorney, and hereby files this Adversary Proceeding Complaint to Discharge Debtor's Student Loans pursuant to Sections 523(a)(8) of the Bankruptcy Code against Defendant, American Education Services / KeyBank, and in support thereof states as follows:

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(b), Section 157(a), and Section 157(b)(1) and the Order of the United States District Court for the Middle District of Florida referring all cases and proceedings under the Bankruptcy Code in this District to the Bankruptcy Court.

2.     This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(I).

3.     This Adversary Proceeding arises and relates to the above-captioned Chapter 7 case pending in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.

4.     Venue is proper in this District pursuant to 28 U.S.C. Section 1409.

5.     Debtor Nastassja Liddie ("Debtor"), filed a Voluntary Chapter 7 Bankruptcy Petition on January 31, 2020.

6.     Richard B. Webber was appointed the Chapter 7 Trustee.

7.     One of the unsecured debts alleged to be owing by the Debtor and listed in Schedule F is a student loan allegedly owing to Defendant American Education Services / KeyBank.

8.     Loans alleged to be held by Defendant American Education Services / KeyBank were purportedly obtained to pay expenses and tuition at Institute of Allied Medical Professions.

9.     Debtor attended Institute of Allied Medical Professions for a period of approximately eighteen months, studying diagnostic medical sonography and cardiac sonography, and received a certification on August 2, 2006.

10.     The balance of Debtor's student loan from Defendant American Education Services / KeyBank is $31,523.00.

11.     Following certification in 2006, Debtor became employed as an ultrasound technician, which employment she maintained until the fall of 2011, at which time Debtor became unable to continue employment due to circumstances surrounding permanent disability, including persistent pain, difficulties sitting or standing for periods of time, inability to grip objects with her dominant hand, and continuous brain fog.

12.     Debtor's sole source of income since 2011 has been, and continues to be, Social Security Disability and insurance disability benefits.

13.     The Debtor has no current or anticipated available income or resources with which to pay the aforementioned loan or alleged loan and any payments on this loan could only be made at great hardship to the Debtor. Debtor cannot maintain, based on current income and expenses, a minimal standard of living for herself and if forced to repay the student loan; additional circumstances exist indicating that this state of affairs is likely to persist for a significant portion of the repayment period of the student loan; and Debtor has maintained good faith efforts to repay her student loan. Thus, excepting such debt from discharge would impose an undue hardship upon Debtor.

14.     Debtor's past, present, and reasonably reliable future financial resources, her reasonable necessary living expenses, and other relevant facts or circumstances unique to this case, prevent her from paying the student loans in question while still maintaining a minimal standard of living, even when aided by a discharge of other prepetition debts.

WHEREFORE, Debtor prays that this Court will enter final judgment pursuant to Section 523(a)(8) of the Bankruptcy Code discharging the student loans against Defendant American Education Services / KeyBank in the amount of $31,523.00 as a hardship discharge and granting such other relief as is just and proper under the circumstances of the adversary proceeding.

## DECLARATION OF DEBTOR

I have read the foregoing Complaint and under the penalty of perjury, to the best of my knowledge, information and belief it is true and correct.

Date: 4/30/20

NASTASSJA LIDDIE, Debtor

DATED this 1st day of MAY, 2020.

/s/ Stephen R. Caplan
Stephen R. Caplan, Esq.
Florida Bar No. 835153
Caplan & Associates, P.C.
31 North Hyer Avenue
Orlando, Florida 32801
(407) 872-6249
scaplan860@aol.com
Attorney for Debtor